PROB 12B
ED/AR (12/2010)



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 07 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Mandy Renee Lee                    Case Number: 4:07CR00317-014 JMM

Name of Sentencing Judicial Officer:   Honorable James M. Moody
                                        United States District Judge

Offense:                Misprision of a Felony

Date of Sentence:       February 22, 2010

Sentence:               4 years probation, substance abuse treatment, drug testing, DNA testing and
                        $100 special penalty assessment

Type of Supervision:    Probation              Date Supervision Commenced: February 22, 2010
                                               Expiration Date: February 21, 2014

Asst. U.S. Attorney: Anne Gardner              Defense Attorney: To be determined

U.S. Probation Officer: Dwayne M. Ricks
Phone No.: 501-604-5273

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

   The defendant shall participate in mental health counseling under the guidance and supervision
   of the U.S. Probation Office

### CAUSE

On March 9, 2012, Ms. Lee requested permission to attend mental health counseling in order to address some personal issues that were having a negative effect on her life. On March 29, 2012, Ms. Lee signed a Prob 49 waiver agreeing to the above-mentioned condition. On this same date, Ms. Lee signed an admission of drug use form indicating she had used methamphetamine on March 29, 2012.

On April 26, 2012, Ms. Lee spoke with Federal Public Defender Kim Driggers, who also agreed to the modification.

Prob 12B                             -2-                        Request for Modifying the
                                                                Conditions or Terms of Supervision
                                                                with Consent of the Offender

Name of Offender: Mandy Renee Lee                Case Number: 4:07CR00317-014 JMM

_____                        _____
Dwayne M. Ricks                                  Anne Gardner
U.S. Probation Officer                           Assistant U.S. Attorney

Date: 5/3/12                                     Date: 6/6/12

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

6/7/12
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

DMR/sli

c:  Federal Public Defender Office, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Anne Gardner, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

Witness: _____   Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

3-29-12
DATE